THE PEOPLE ex rel. THE STANDARD GAS LIGHT COMPANY, Respondent, *v.* THOMAS F. GILROY, as Commissioner, etc., Appellant.

(Argued October 2, 1893 ; decided October 17, 1893.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made January 6, 1893, which reversed an order of Special Term overruling a demurrer to an alternative writ of mandamus.

*David J. Dean* for appellant.

*Delos McCurdy* for respondent.

Agree to affirm on opinion below, read in connection with section 36 of chapter 687, Laws of 1892, without considering the point as to power of legislature to repeal rights granted by chapter 248, Laws of 1886.
All concur.
Order affirmed.

HELENA BAAS, Respondent, *v.* HENRY J. PAIN, Impleaded, etc., Appellant.

(Argued October 2, 1893; decided October 17, 1893.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 28, 1893, which affirmed an order of Special Term directing the examination of the defendant, Henry J. Pain, before trial.

*William S. Cogswell* for appellant.

*Hector M. Hitchings* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.